**STATE OF MARYLAND**
EXECUTIVE DEPARTMENT

*LARRY HOGAN*
GOVERNOR



HEALTH CARE ALTERNATIVE DISPUTE RESOLUTION OFFICE

HARRY L. CHASE, DIRECTOR

WILLIAM DONALD SCHAEFER TOWER
6 ST. PAUL STREET, SUITE 1501
BALTIMORE, MARYLAND 21202-1608
410-767-8200
410-333-6247 FAX
TTY USERS CALL VIA MD RELAY
OUTSIDE BALTIMORE 1-800-492-1951

July 21, 2021

David A. Harak, Esquire
The Harak Law Firm, LLC
1400 South Charles Street
Baltimore, MD 21230

RE: Joan Robinson Lynch, et al. v. BWMC, et al.
HCA No. 2020-527

Dear Counsel:

Attached hereto is an Order of Transfer as requested by one of the parties involved in this matter.

When filing your case with the Circuit Court or United States District Court, please bear in mind that Courts and Judicial Proceedings Article, 3-2A-06B, Annotated Code of Maryland, provides for referral of your case to the Health Care Alternative Dispute Resolution Office for review by a Neutral Case Evaluator within six months of filing your case.

The Health Care Alternative Dispute Resolution Office has secured a list of veteran medical malpractice attorneys to serve as Neutral Case Evaluators. Most of the attorneys serving for this office have attended a Neutral Case Evaluator Seminar to better prepare them for this position.

We believe that the review of a matter by a Neutral Case Evaluator may help the parties to reach a settlement, therefore, lessening the over-burdened circuit court docket. If a settlement agreement is not reached during this process, counsel will be provided with a greater sense of the merits of their case, and should find that this process is helpful in preparing for trial.

**STATE OF MARYLAND**
EXECUTIVE DEPARTMENT

**LARRY HOGAN**
GOVERNOR



HEALTH CARE ALTERNATIVE DISPUTE RESOLUTION OFFICE

HARRY L. CHASE, DIRECTOR

WILLIAM DONALD SCHAEFER TOWER
6 ST. PAUL STREET, SUITE 1501
BALTIMORE, MARYLAND 21202-1608
410-767-8200
410-333-6247 FAX
TTY USERS CALL VIA MD RELAY
OUTSIDE BALTIMORE 1-800-492-1951

Page Two

During the neutral case evaluation period, the Circuit Court or United States District Court shall continue to have jurisdiction over the case, ruling on all motions and matters of discovery. The Neutral Case Evaluator will notify the appropriate court and the Health Care Alternative Dispute Resolution Office of the outcome of the evaluation. The Neutral Case Evaluator will not provide any information regarding the matter other than whether a settlement was reached or not. None of the information provided to the Neutral Case Evaluator will be disclosed to either the Court or the Health Care Alternative Dispute Resolution Office.

Please notify this office if both parties mutually agree to a neutral case evaluation and we will expedite your request.

Very truly yours,

HARRY L. CHASE
DIRECTOR

Harry L. Chase
Director

Enclosure

cc:   Barry Goldstein, Esquire
      John T. Sly, Esquire
      Michael K. Wiggins, Esquire
      Baltimore Washington Emergency Physicians Inc.

BEFORE THE HEALTH CARE ALTERNATIVE DISPUTE RESOLUTION OFFICE

| | | |
|---|---|---|
| JOAN ROBINSON LYNCH, et al. | * | |
| Claimants, | * | |
| vs. | * | Case Number: **2020-527** |
| BALTIMORE WASHINGTON MEDICAL CENTER, et al. | * | |
| Health Care Providers. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF TRANSFER

The Claimants, having elected a Waiver of Arbitration under the provisions of the Annotated Code of Maryland, Courts and Judicial Proceedings Article, Section 3-2A-06A, it is on this ___ day of _____ 2021, by the Health Care Alternative Dispute Resolution Office, hereby ORDERED:

1. That this case shall be, and is hereby transferred to the United States District Court, District of Maryland

2. That any responsibility for costs and arbitration to date shall follow other court costs of the case unless directed otherwise by said United States District Court, District of Maryland.

_____
Harry L. Chase, Director
Health Care Alternative Dispute Resolution
Office of Maryland