

**Attorneys At Law**
A Professional Association

**MICHAEL K. WIGGINS**
mkw@wlekn.com
410-263-5900 ext. 1121

November 19, 2021

The Honorable Catherine C. Blake
U.S. Courthouse
101 West Lombard Street
Chambers 7D
Baltimore, MD 21201

     RE:   *Robinson Lynch, et al. v. Advanced Radiology, P.A., et al.*
            Case No.: 1:21-CV-02113

Dear Judge Blake:

    Pursuant to the parties recent status conference with you held on November 17, 2021, the parties are respectfully submitting the enclosed Proposed Amended Scheduling Order. The agreed dates fit within the framework discussed with Your Honor.

    Thank you for your attention to this matter.

                                                                  Very truly yours,

                                                                  *Michael K. Wiggins*

                                                                  Michael K. Wiggins

MKW/kjh
Encl.
Cc:   David Harak, Esq.
          Barry Goldstein, Esq.
          John Sly, Esq.